[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 24, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-12064

_____

D. C. Docket No. 02-00449-CV-PT-1-E

FABARC STEEL SUPPLY, INC.,

Plaintiff-Appellee,

TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

Plaintiff,

versus

ZURICH AMERICAN INSURANCE COMPANY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(August 24, 2005)**

Before BIRCH, CARNES and FAY, Circuit Judges.

PER CURIAM:

After reviewing the record, the briefs of the parties on appeal and hearing oral argument, we find no error in the thorough and well-reasoned Memorandum Opinion of the district court entered on 10 February 2004. Accordingly, we **AFFIRM** the order of the district court entered on 22 March 2004, filed in accordance with the Memorandum Opinion.